CLOSED,PMA

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:14–mc–00942–XR

Elliott et al v. Mission Trust Services, LLC et al

Assigned to: Judge Xavier Rodriguez

Case in other court:  USDC Northern District of Illinois, Chicago Div.,
      1:13–cv–07770

Cause: Motion to Quash

Date Filed: 10/24/2014

Date Terminated: 12/01/2014

Nature of Suit: 320 Assault Libel &Slander

Jurisdiction: Federal Question

**Plaintiff**

**Scott A. Elliott**

represented by   **John H. Scheid**
Murphy &Hourihane LLC
161 N. Clark St., Suite 2550
Chicago, IL 60601
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ming–Hang Ho**

represented by   **John H. Scheid**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Roxana H. Cupples Revocable Inter
Vivos Trust**

represented by   **John H. Scheid**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mission Trust Services, LLC**

represented by   **Courtney R. Baron**
Goldberg Kohn Ltd.
55 E. Monroe St., Suite 3300
Chicago, IL 60603
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas R. Kay**
Offit Kurman PC
8000 Tower Crescent Drive, Suite 1450
Tysons Corner, VA 22182
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Dominick Adducci**
Adducci, Dorf, Lehner, Mitchell &Blankenship,

P.C.
150 North Michigan Avenue, Suite 2130
Chicago, IL 60601
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R. Old**
Jay Old &Associates
3560 Delaware, Suite 308
Beaumont, TX 77706
(409) 241–7252
Fax: (409) 419–1733
Email: jay.old@jroldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Steven Ulrich**
Goldberg Kohn Ltd.
Mid–Continental Plaza
55 East Monroe St., Suite 3300
Chicago, IL 60603
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall Lee Blankenship**
Adducci, Dorf, Lehner, Mitchell &Blankenship,
P.C.
150 North Michigan Avenue, Suite 2130
Chicago, IL 60601
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R.J. Cronkhite**
Tishkoff &Associates PLLC
407 North Main Street
Ann Arbor, MI 48104
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah L. Wixson**
Tishkoff &Associates PLLC
407 North Main Street
Ann Arbor, MI 48104
734–663–4077
Fax: 734–665–1613
Email: sarah@tishlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William G. Tishkoff**
Tishkoff &Associates PLLC
407 North Main Street
Ann Arbor, MI 48104
734–663–4077
Fax: 734–665–1613

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher C. Finlay**                    represented by    **Courtney R. Baron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas R. Kay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Dominick Adducci**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R. Old**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Steven Ulrich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall Lee Blankenship**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R.J. Cronkhite**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah L. Wixson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William G. Tishkoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Corporation Trust Company**           represented by    **Courtney R. Baron**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Douglas R. Kay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Dominick Adducci**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Steven Ulrich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall Lee Blankenship**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R.J. Cronkhite**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah L. Wixson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William G. Tishkoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael T. Hosmer**                    represented by **Courtney R. Baron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas R. Kay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Dominick Adducci**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Steven Ulrich**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall Lee Blankenship**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R.J. Cronkhite**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah L. Wixson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William G. Tishkoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Plaintiff**

**Mission Trust Services, LLC**                    represented by  **Courtney R. Baron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas R. Kay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Dominick Adducci**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R. Old**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Steven Ulrich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall Lee Blankenship**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R.J. Cronkhite**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah L. Wixson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William G. Tishkoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Scott A. Elliott**                    represented by    **John H. Scheid**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Ming–Hang Ho**                    represented by    **John H. Scheid**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**The Roxana H. Cupples Revocable Inter**    represented by    **John H. Scheid**
**Vivos Trust**                                   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Hugh L. Caraway, Jr.**                    represented by    **Michael William O'Donnell**
Fulbright &Jaworski, L.L.P.
300 Convent Street
Suite 2100
San Antonio, TX 78205
(210) 224–5575
Fax: 210/270–7205
Email: mike.odonnell@nortonrosefulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Internacional Realty Inc.**                    represented by    **Michael William O'Donnell**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2014 | Ï | THIS CASE HAS BEEN RANDOMLY ASSIGNED TO JUDGE XAVIER RODRIGUEZ. (dtg) (Entered: 10/28/2014) |
| 10/24/2014 | Ï | If ordered by the court, all referrals will be assigned to Magistrate Judge Mathy. (dtg) (Entered: 10/28/2014) |
| 10/24/2014 | Ï 1 | MOTION to Quash Subpoenas and Motion for Protective Order by Hugh L. Caraway, Jr, Internacional Realty Inc. (Attachments: # 1 Exhibits to Motion to Quash Subpoenas and Motion for Protective Order, # 2 Civil Cover Sheet, # 3 Filing Fee Receipt)(dtg) (Entered: 10/28/2014) |
| 10/24/2014 | Ï | MOTION for Protective Order (Motion is included within Docket Entry #1) by Hugh L. Caraway, Jr., Internacional Realty Inc. (dtg) (Entered: 10/28/2014) |
| 10/28/2014 | Ï 2 | ORDER – Non–Party Hugh L. Caraway is therefore directed to inform the Court whether he consents to transfer of the motion to the Eastern Division of the Northern District of Illinois. Signed by Judge Xavier Rodriguez. (rg) Modified on 10/30/2014 (wg). (Entered: 10/28/2014) |
| 10/29/2014 | Ï 3 | Letter to attorney JOHN H. SCHEID regarding Admission to Practice in the Western District of Texas. (dtg) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 4 | Letter to attorney COURTNEY R. BARON regarding Admission to Practice in the Western District of Texas. (dtg) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 5 | Letter to attorney DOUGLAS R. KAY regarding Admission to Practice in the Western District of Texas. (dtg) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 6 | Letter to attorney JAMES DOMINICK ADDUCCI regarding Admission to Practice in the Western District of Texas. (dtg) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 7 | Letter to attorney KENNETH STEVEN ULRICH regarding Admission to Practice in the Western District of Texas. (dtg) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 8 | Letter to attorney MARSHALL LEE BLANKENSHIP regarding Admission to Practice in the Western District of Texas. (dtg) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 9 | Letter to attorney R.J. CRONKHITE regarding Admission to Practice in the Western District of Texas. (dtg) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 10 | Letter to attorney SARAH L. WIXSON regarding Admission to Practice in the Western District of Texas. (dtg) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 11 | Letter to attorney WILLIAM G. TISHKOFF regarding Admission to Practice in the Western District of Texas. (dtg) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 12 | NOTICE *of Non–Consent to Transfer* by Hugh L. Caraway, Jr, Internacional Realty Inc. (O'Donnell, Michael) (Entered: 10/29/2014) |
| 10/30/2014 | Ï | Text Order REFERRING 1 Motion to Quash entered by Judge Xavier Rodriguez. This motion is referred to Magistrate Judge Mathy pursuant to Rule 72. (This is a text–only entry generated by the court. There is no document associated with this entry.) (lel) (Entered: 10/30/2014) |
| 10/30/2014 | Ï | Text Order REFERRING Motion for Protective Order entered by Judge Xavier Rodriguez. This motion is referred to Magistrate Judge Mathy pursuant to Rule 72. (This is a text–only entry |

| | | |
|---|---|---|
| | | generated by the court. There is no document associated with this entry.) (lel) (Entered: 10/30/2014) |
| 10/30/2014 | Ï | MOTION REFERRED: referred 1 MOTION to Quash. Referral Judge: Pamela A. Mathy. (rg) (Entered: 10/30/2014) |
| 10/30/2014 | Ï | MOTION REFERRED: referred MOTION for Protective Order. Referral Judge: Pamela A. Mathy. (rg) (Entered: 10/30/2014) |
| 10/31/2014 | Ï 13 | Response in Opposition to Motion, filed by Christopher C. Finlay, Mission Trust Services, LLC, re MOTION for Protective Order filed by Movant Hugh L. Caraway, Jr., Movant Internacional Realty Inc., 1 MOTION to Quash filed by Movant Hugh L. Caraway, Jr., Movant Internacional Realty Inc. (Attachments: # 1 Proposed Order Proposed Order Denying, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Old, James) (Entered: 10/31/2014) |
| 10/31/2014 | Ï 14 | MOTION to Transfer Case by Christopher C. Finlay, Mission Trust Services, LLC. (Attachments: # 1 Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M)(Old, James) (Entered: 10/31/2014) |
| 11/07/2014 | Ï 15 | REPLY to Response to Motion, filed by Hugh L. Caraway, Jr, Internacional Realty Inc., re MOTION for Protective Order filed by Movant Hugh L. Caraway, Jr., Movant Internacional Realty Inc., 1 MOTION to Quash filed by Movant Hugh L. Caraway, Jr., Movant Internacional Realty Inc. (Attachments: # 1 Affidavit of Lauren Valkenaar, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(O'Donnell, Michael) (Entered: 11/07/2014) |
| 11/07/2014 | Ï 16 | Response in Opposition to Motion, filed by Hugh L. Caraway, Jr, Internacional Realty Inc., re 14 MOTION to Transfer Case filed by Mission Trust Services, LLC, Defendant Christopher C. Finlay (Attachments: # 1 Affidavit of Lauren Valkenaar, # 2 Exhibit 1)(O'Donnell, Michael) (Entered: 11/07/2014) |
| 11/10/2014 | Ï 17 | REPORT AND RECOMMENDATIONS re 1 Motion to Quash, filed by Hugh L. Caraway, Jr., Internacional Realty Inc., 14 Motion to Transfer Case, filed by Mission Trust Services, LLC, Christopher C. Finlay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/10/2014) |
| 11/10/2014 | Ï 18 | ORDERED that this case is RETURNED to the District Judge. Motions No Longer Referred: MOTION for Protective Order, 1 MOTION to Quash, 14 MOTION to Transfer Case. Signed by Judge Pamela A. Mathy. (rg) (Entered: 11/10/2014) |
| 11/10/2014 | Ï | Motion No Longer Referred: MOTION for Protective Order. (rg) (Entered: 11/12/2014) |
| 11/12/2014 | Ï 19 | Certified Mail Receipt of 17 Report and Recommendations. (rg) (Entered: 11/13/2014) |
| 11/13/2014 | Ï 20 | MOTION to Appear Pro Hac Vice by James R. Old *(William Tishkoff)* ( Filing fee $ 100 receipt number 0542–6981098) by on behalf of Christopher C. Finlay, Mission Trust Services, LLC. (Old, James) (Entered: 11/13/2014) |
| 11/13/2014 | Ï 21 | MOTION to Appear Pro Hac Vice by James R. Old *(Sarah Wixson)* ( Filing fee $ 100 receipt number 0542–6981118) by on behalf of Christopher C. Finlay, Mission Trust Services, LLC. (Old, James) (Entered: 11/13/2014) |
| 11/14/2014 | Ï | Text Order GRANTING 20 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Eentered by Judge Xavier Rodriguez. (This is a text–only entry generated by the court. There is no document associated with this entry.) (lel) (Entered: 11/14/2014) |

| 11/14/2014 | Ï | Text Order GRANTING 21 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Xavier Rodriguez. (This is a text−only entry generated by the court. There is no document associated with this entry.) (lel) (Entered: 11/14/2014) |
|---|---|---|
| 11/20/2014 | Ï 22 | Certified mail acknowledgment receipt for magistrate report and recommendations re 17 Report and Recommendations as to Christopher C. Finlay, Michael T. Hosmer, Mission Trust Services, LLC, The Corporation Trust Company. (rf) (Entered: 11/20/2014) |
| 11/21/2014 | Ï 23 | Certified mail acknowledgment receipt for magistrate report and recommendations re 17 Report and Recommendations as to Christopher C. Finlay, Michael T. Hosmer, Mission Trust Services, LLC, The Corporation Trust Company. (rf) (Entered: 11/21/2014) |
| 11/24/2014 | Ï 24 | OBJECTION to 17 Report and Recommendations by Hugh L. Caraway, Jr, Internacional Realty Inc... (O'Donnell, Michael) (Entered: 11/24/2014) |
| 11/24/2014 | Ï 25 | Certified mail acknowledgment receipt for magistrate report and recommendations re 17 Report and Recommendations as to Christopher C. Finlay, Michael T. Hosmer, Mission Trust Services, LLC, The Corporation Trust Company. (rf) (Entered: 11/25/2014) |
| 12/01/2014 | Ï 26 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for 17 Report and Recommendations; the motion to transfer (docket no. 14) is GRANTED and it is ORDERED that:Non−party Hugh L. Caraway, Jr. and Internacional Realty Incs Motion to Quash Subpoenas and Motion for Protective Order and all matters in this case are TRANSFERRED to the United States District Court for the Northern District of Illinois, Eastern Division, for consideration in Cause No. 13−CV−0770, Scott A. Elliott, Ming−Hang Ho, and The Roxana Cupples Revocable Inter Vivos Trust v. Mission Trust Services, LLC, Christopher C. Finlay, The Corporation Trust Company, and Michael T. Hosmer; Mission Parties Motion to Transfer is DENIED. Signed by Judge Xavier Rodriguez.(rg) (Entered: 12/01/2014) |