IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT A. ELLIOTT, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 14-cv-9625 |
| v. | ) | |
| | ) | Judge Charles R. Norgle, Sr. |
| MISSION TRUST SERVICES, LLC, *et al.,* | ) | |
| | ) | Magistrate Judge Jeffrey N. Cole |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

To:  Michael William O'Donnell
  Lauren Valkenaar
  Fulbright & Jaworski, LLP
  300 Convent Street
  Suite 2100
  San Antonio, TX 78205

PLEASE TAKE NOTICE that on Tuesday, April 7, 2015, at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Jeffrey N. Cole, in courtroom 1003 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present Mission Trust Services, LLC's Request for a Decision.

/s/  James D. Adducci
One of the attorneys for defendants, Mission
Trust Services, LLC and Christopher C.
Finlay

James D. Adducci
Marshall L. Blankenship
Adducci, Dorf, Lehner, Mitchell
  & Blankenship, P.C.
150 North Michigan Avenue, Suite 2130
Chicago, Illinois 60601
(312) 781-2800

Of counsel:

William G. Tishkoff
Sarah L. Wixson
Michael C. Wolin
Tishkoff & Associates PLLC
407 North Main Street
Ann Arbor, MI 48104