February 18, 2015

NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, Texas 78205-3792
United States

**Michael W. O'Donnell**
**Partner-in-Charge, San Antonio**
Direct line +1 210 270 7145
mike.odonnell@nortonrosefulbright.com

Tel +1 210 224 5575
Fax +1 210 270 7205
nortonrosefulbright.com

Thomas G. Bruton
Clerk of Court
USDC Northern District of Illinois
Everett McKinley Kirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: Cause No. 1:14-CV-09625; Scott Elliott, et al. v. Mission Trust Services, LLC, et al.; In the United States District Court for the Northern District of Illinois Eastern Division

Dear Mr. Bruton:

Please be advised that I will be on vacation on the following dates:

**March 11, 2016 – March 16, 2016;**
**May 25, 2016 – June 1, 2016; and**
**August 6, 2016 – August 14, 2016**

By copy of this letter to all counsel and parties, I respectfully request that no hearings or trial be scheduled during this time or immediately after this time.

Please contact our office should you have any questions. Thank you for your courtesy and attention to this matter.

Very truly yours,

MWO

Michael W. O'Donnell

MWO/kad

cc: James Dominick Adducci
Adducci, Dorf, Lehner Mitchell & Blankenship PC
150 North Michigan Ave., Suite 2130
Chicago, IL 60601

William G. Tishkoff
R.J. Cronkhite
Sarah L. Wixson
Tishkoff & Associates PLLC
407 North Main St.
Ann Arbor, MI 48104

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

42160542.1

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

NORTON ROSE FULBRIGHT

John H. Scheid
Murphy & Hourihane LLC
161 N. Clark St., Suite 2550
Chicago, IL 60601

Lauren Valkenaar (Firm)